Ellen Relkin (N.J. Attorney Bar #006691985)
**WEITZ & LUXENBERG, P.C.**
A NEW YORK PROFESSIONAL CORPORATION
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
Telephone: (212) 558-5785
E-Mail: erelkin@weitzlux.com

Kevin E. Barber (NJ Attorney Bar #021921996)
**NIEDWESKE BARBER HAGER, LLC**
98 Washington Street
Morristown, New Jersey 07960
Phone: (973) 401-0064
Email: kbarber@n-blaw.com

Nancy Erika Smith, Esq. (NJ Attorney Bar #027231980)
**SMITH MULLIN, P.C.**
240 Claremont Avenue
Montclair, New Jersey 07042
(973) 783-7607
Email: nsmith@smithmullin.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEX PEREA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUCO LIFE INSURANCE COMPANY of NEW JERSEY, and PRUCO LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.<br><br>2:16-cv-09134-JMV-JBC |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF ALEX PEREA ONLY

TO THE COURT:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Alex Perea, in his individual capacity only, hereby voluntarily dismisses all claims in this action as to all Defendants with prejudice.  Defendants have not filed an Answer nor filed a Motion for Summary Judgment.  Accordingly this matter may be dismissed with prejudice, as to Alex Perea only, and without an Order of the Court.

Dated:  February 17, 2017

/s/Ellen Relkin
Ellen Relkin (N.J. Attorney Bar #006691985)
**WEITZ & LUXENBERG, P.C.**
A NEW YORK PROFESSIONAL CORPORATION
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
Telephone: (212) 558-5785
E-Mail: erelkin@weitzlux.com

Kevin E. Barber (NJ Attorney Bar #021921996)
**NIEDWESKE BARBER HAGER, LLC**
98 Washington Street
Morristown, New Jersey 07960
Phone:  (973) 401-0064
Email: kbarber@n-blaw.com

Nancy Erika Smith, Esq. (NJ Attorney Bar #027231980)
**SMITH MULLIN, P.C.**
240 Claremont Avenue
Montclair, New Jersey 07042
(973) 783-7607
Email: nsmith@smithmullin.com

*Attorneys for Plaintiff*

So Ordered:

_____   2/21/17
**Judge John Michael Vazquez, U.S.D.J.**     Date